974

No. 91–7262. JONES v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 91–7280. LUCCHESI v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 91–7282. DOESCHER v. WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 91–7285. MITRAN v. COUNTY OF DUPAGE. C. A. 7th Cir. Certiorari denied.

No. 91–7287. JOHNSON, AKA RICHARDSON v. MONTEREY COUNTY ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–7288. CARSON v. HERNANDEZ ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–7294. GAMBLE v. WEBSTER, ATTORNEY GENERAL OF MISSOURI. C. A. 8th Cir. Certiorari denied.

No. 91–7298. WICKLIFFE v. AIKEN, COMMISSIONER, INDIANA DEPARTMENT OF CORRECTION, ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–7300. DUREN v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 91–7309. RAZO v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 91–7311. ENRIGHT v. ROSEBUD COUNTY, MONTANA, ET AL. Sup. Ct. Mont. Certiorari denied.

No. 91–7314. VANCE v. OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 91–7315. YOUNG v. PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–7332. MAISE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–7342. MORALES v. OHIO. Sup. Ct. Ohio. Certiorari denied.